UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONNY BORJA,<br><br>                Plaintiff,<br><br>   v.<br><br>WESTERN STATE HOSPITAL, et al.,<br><br>                Defendants. | CASE NO. 3:24-cv-05266-MJP<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge and the remaining record *de novo*, and having noted the lack of any objections or responses, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed without prejudice.

    (3)    The Clerk is directed to send copies of this Order to the Plaintiff.

Dated this 10th day of July, 2024.

                                                      MARSHA J. PECHMAN
                                                      United States Senior District Judge

ORDER OF DISMISSAL - 1